UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                              )          BK No.:   17-00439
Clement Perry                       )
                                    )          Chapter: 13
                                    )          Honorable Donald R. Cassling
                                    )
                                    )
            Debtor(s)               )

## ORDER MODIFYING PLAN

This matter coming to be heard on Debtor's Motion to Modify Plan, IT IS HEREBY ORDERED:

1. The Debtor's requested modification of his plan is approved as follows:

   A. Debtor's default in plan payments is deferred to the end of the Plan;

   B. The Plan base amount remains the same.


Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  June 27, 2019

**Prepared by:**

Kari A. Beyer
Attorney for Debtor
ARDC ID# 6291397
LAF
120 South LaSalle Street, Suite 900
Chicago IL 60603
Phone: 312-347-8349
kbeyer@lafchicago.org